IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| RNA CORPORATION, an Illinois corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) No. 04 C 6070 |
| v. | ) ) ) |
| MOST PRODUCTS, INC., a Michigan corporation, and DAVID THOMASMA | ) ) Judge James B. Zagel ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

This matter having come before the Court for Plaintiff's Motion for Default, the Court having jurisdiction of the subject matter, and having granted Plaintiff's Motion for Default on March 22, 2005 and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment is entered in favor of Plaintiff, RNA CORPORATION, an Illinois corporation, and against Defendants, MOST PRODUCTS, INC., a Michigan corporation, and DAVID THOMASMA, jointly and severally in the amount of $82,850.21.

ENTER: _James B. Zagel_

MAY 26 2005